UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIAM HENDRICKS

        Plaintiff(s),        Case No. 13-cv-13686

v.        Judge

CONSUMERS ENERGY        Magistrate Judge

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Consumers Energy**

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑    No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: CMS Energy Corporation
   Relationship with Named Party: Consumers Energy Company is a wholly owned subsidiary

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: August 28, 2013        /s/ Eric V. Luoma

        P42678
        Consumers Energy
        One Energy Plaza
        Jackson, MI 49201
        517)-788-0980
        eric.luoma@cmsenergy.com